UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Singh, Gavin

Case No.: 18-11717
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

_____Daniel E. Straffi_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on July 24, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
36 Welsford Way
Westampton, NJ
FMV - +/-$ 265,000.00

Liens on property:
Bank of America - $175,704.79
Specialized Loan Servicing - $52,623.79
Total Liens - $ 228,328.58

Plus 10% Estimated Costs of Sale

Amount of equity claimed as exempt: $23,675.00

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.
Address: 670 Commons Way Toms River, NJ 08755
Telephone No.: 732-341-3800

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Gavin Singh  
    Debtor

Case No. 18-11717-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 15, 2018  
                   Form ID: pdf905     Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2018.
```
db           Gavin Singh,    36 Welsford Way,    Westampton, NJ   08060-6727
517302475    Amex,   PO Box 981537,    El Paso, TX   79998-1537
517302476    Bankamerica,    4909 Savarese Cir,    Tampa, FL   33634-2413
517302477    Exclusive Jets, LLC,    c/o Sherman Sivlerstein,    308 Harper Dr Ste 200,
              Moorestown, NJ   08057-3245
517302480    MCM Midland Credit Management, Inc.,    PO Box 2001,    Warren, MI   48090-2001
517302481    Specialized Loan Sevicing LLC,    PO Box 105219,    Atlanta, GA   30348-5219
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 15 2018 23:47:45    U.S. Attorney,   970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 15 2018 23:47:40    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517302478    E-mail/Text: bk@lendingclub.com Jun 15 2018 23:48:06    Lending Club Corp,
              71 Stevenson St Ste 300,    San Francisco, CA   94105-2985
517302479    E-mail/PDF: resurgentbknotifications@resurgent.com Jun 16 2018 00:00:20    Lvnv Funding LLC,
              PO Box 1269,    Greenville, SC   29602-1269
517302482    E-mail/Text: bnc-bluestem@quantum3group.com Jun 15 2018 23:48:13    WEBBANK,
              215 S State St Ste 1000,    Salt Lake City, UT   84111-2336
                                                                                              TOTAL: 5
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2018 at the address(es) listed below:
```
              Daniel E Straffi     on behalf of Trustee Daniel E Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E Straffi     dstraffi1@comcast.net,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Kevin Gordon McDonald     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2007-8CB) kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Travis J. Richards     on behalf of Debtor Gavin  Singh richardslegal@yahoo.com,
               G19226@notify.cincompass.com,travis.richards@yahoo.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```