UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Gavin Singh

Case No.: 18-11717-CMG

Chapter: 7

Judge: Gravelle

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL DOCUMENTS CONCERNING SCHEDULES

TO: Travis J. Richards

This will confirm that on 06/20/2018 the following document(s) was filed by you.

☒ Amendment to Schedule(s) A/B, C,

☐ Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒ Declaration About an Individual Debtor's Schedules (106 Declaration)

☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 06/21/2018                                    Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Gavin Singh  
    Debtor

Case No. 18-11717-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 21, 2018  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2018.  
db        Gavin Singh,    36 Welsford Way,    Westampton, NJ   08060-6727

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2018 at the address(es) listed below:

         Daniel E Straffi    on behalf of Trustee Daniel E Straffi bktrustee@straffilaw.com, G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.epiqsystems.com  
         Daniel E Straffi    dstraffi1@comcast.net, G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.epiqsystems.com  
         Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-8CB) kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Travis J. Richards    on behalf of Debtor Gavin   Singh richardslegal@yahoo.com, G19226@notify.cincompass.com,travis.richards@yahoo.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                        TOTAL: 5