UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: __18-11717-CMG__

Gavin Singh

Chapter: __7__

Judge: __Gravelle__

Debtor(s)

**CERTIFICATION OF NO OBJECTION**

I __Alyson M. Guida__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
36 Welsford Way, Westampton NJ

JEANNE A. NAUGHTON, Clerk

Date: 7/19/2018         By: Alyson M. Guida

*rev.2/10/17*